**Order entered September 3, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00421-CR

**GEORGE RALPH BEACHEM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-82711-2019**

### ORDER

Before the Court is court reporter Janet Dugger's August 30, 2021 request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record due by October 1, 2021.

/s/    ERIN A. NOWELL
        JUSTICE